IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TODRICK ROBERTS (a.k.a.:
NATAN TORRES, DC#443353),

     Appellant,

v.

STATE OF FLORIDA via FLA.
DEPT. OF CORR., ET AL.,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1434

Opinion filed September 8, 2016.

An appeal from an order of the Circuit Court for Leon County.
George S. Reynolds, Judge.

Todrick Roberts (a.k.a. NATAN TORRES, DC#443353), pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Erik Kverne, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

     Upon consideration of appellant's response and having determined the appeal is untimely, the appeal is hereby DISMISSED. This disposition is without prejudice to appellant's right to seek relief in the circuit court by filing a motion for relief pursuant to Florida Rule of Civil Procedure 1.540. Brown v. State, 708 So. 2d 1041 (Fla. 1st DCA 1998).

MAKAR, JAY, and M.K. THOMAS, JJ., CONCUR.